| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) HUFF, MARILYN L. | 2. Court or Organization USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report 10/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 333 W. BROADWAY SUITE 1510 SAN DIEGO, CA 92101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 Note: Trust assets generally listed by (T) in Part VII |
| 2. | President | Federal Judges Association |
| 3. | American Inns of Court Louis Welsh Chapter | Executive Committee |
| 4. | ABTL--San Diego Chapter | Board Member |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/17-12/17 | Legal Training Consultant |
| 2. | 1/17-12/17 | DLA Lawyer Compensation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5/23//17-5/25/17 | Washington, D.C. | Board Meeting | Travel, Lodging, Food |
| 2. | University of Texas Law School | 2/16/-2/18/17 | Austin, TX | Speaker/Seminar | Travel, Food, Lodging |
| 3. | Federal Magistrate Judges Association | 7/31-8/1 | Chicago, IL | Board Meeting | Travel, Food, Lodging |
| 4. | ABA | 10/11-10/12 | Long Beach, CA. | Speaker/Seminar | Travel, Food, Lodging |
| 5. | Federal Judges Association | 11/11-11/16 | Santiago, Chile | IAJ Conference | Travel, Food, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Energy Transfer Partners (T) | A | Dividend | J | T | | | | | |
| 2. Suncoke Energy (T) | A | Dividend | J | T | | | | | |
| 3. Sunoco Logistic Partners (T) | A | Dividend | J | T | Spinoff (from line 2) | 04/28/17 | J | | |
| 4. Wells Fargo Accounts-SDCA (T) and I | B | Interest | P1 | T | | | | | |
| 5. 401k & Profit Sharing * Total Value | | | | | | | | | |
| 6. Sched of Assets & Transactions | | | | | | | | | |
| 7. Vanguard Total Intl Stock In | D | Dividend | M | T | Sold (part) | 06/14/17 | K | D | |
| 8. Vanguard Bond Ind Adm | E | Interest | O | T | Buy (add'l) | 12/06/17 | N | | |
| 9. Vanguard ST Bond Index Adm | E | Interest | O | T | Buy (add'l) | 12/06/17 | M | | |
| 10. Vanguard S&P 500 Adm | D | Dividend | O | T | Sold (part) | 06/14/17 | L | B | |
| 11. Vanguard S&P 500 Adm | D | Dividend | O | T | Sold (part) | 12/06/17 | N | D | |
| 12. Vanguard Value Index Adm | C | Dividend | M | T | Sold (part) | 01/20/17 | K | D | |
| 13. Vanguard Growth Index Adm | B | Dividend | M | T | Sold (part) | 01/17/17 | K | E | |
| 14. Vanguard Sm. Cap Stock Index Adm | C | Dividend | M | T | Sold (part) | 01/13/17 | K | D | |
| 15. Vanguard Sm. Cap Stock Index Adm | C | Dividend | M | T | Sold (part) | 12/06/17 | L | D | |
| 16. Dodge & Cox Intl. | B | Dividend | L | T | | | | | |
| 17. Fidelity/Spartan Ext. Market | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelty/Spartan Ext. Market | B | Distribution | L | T | | | | | |
| 19. Bank of Oklahoma Trust Services Cash (X) | | | K | T | | | | | |
| 20. Vanguard Intl. Growth Port. Adm | A | Dividend | K | T | Sold (part) | 11/29/17 | K | D | |
| 21. Vanguard Int't. Growth Port Adm | A | Dividend | K | T | Sold (part) | 12/06/17 | L | E | |
| 22. Pimco Foreign Hedged | B | Interest | M | T | Sold (part) | 01/17/17 | L | | |
| 23. Pimco Foreign Hedged | B | Interest | M | T | Sold (part) | 11/29/17 | K | D | |
| 24. Vanguard Windsor II Adm | B | Dividend | M | T | | | | | |
| 25. Vanguard Sm.Value Ind. Adm | C | Dividend | M | T | Sold (part) | 12/05/17 | L | E | |
| 26. I Shares MSCI EFTEm Mkts | B | Dividend | L | T | | | | | |
| 27. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 28. Vanguard High Yield Adm | D | Interest | | | Sold | 12/06/17 | M | E | |
| 29. Vanguard Large Cap ETF | C | Dividend | N | T | | | | | |
| 30. Vanguard Infl. Prot. | C | Interest | M | T | Buy (add'l) | 12/06/17 | K | | |
| 31. Vanguard ST Infl Prot Adm | B | Interest | M | T | | | | | |
| 32. Pimco Low Duration | A | Interest | L | T | | | | | |
| 33. I Shares Micro cap EFT | A | Dividend | L | T | Sold (part) | 01/24/17 | J | C | |
| 34. Wisdom Tree Int'l. ETF | A | Dividend | K | T | Sold (part) | 01/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 01/18/17 | M | A | |
| 36. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 01/20/17 | K | A | |
| 37. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 01/24/17 | K | A | |
| 38. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 02/16/17 | K | A | |
| 39. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 03/17/17 | K | A | |
| 40. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 04/14/17 | K | A | |
| 41. CH Cash Managment (AP) | A | Interest | L | T | Distributed (part) | 05/17/17 | K | A | |
| 42. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 06/16/17 | K | A | |
| 43. CH Cash Managment (AP) | A | Interest | L | T | Distributed (part) | 07/17/17 | K | A | |
| 44. CH Cash Managment (AP) | A | Interest | L | T | Distributed (part) | 08/17/17 | K | A | |
| 45. CH Cash Managment (AP) n | A | Interest | L | T | Distributed (part) | 09/25/17 | K | A | |
| 46. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 10/16/17 | K | A | |
| 47. CH Cash Management (AP) | A | Interest | L | T | Distributed (part) | 11/17/17 | K | A | |
| 48. Vanguard Emerging Mlts ETF | C | Interest | M | T | | | | | |
| 49. Vanguard ST Inv. Gr. Adm | D | Interest | O | T | Buy (add'l) | 12/06/17 | L | | |
| 50. Vanguard Dev. Mkts Adm | C | Dividend | M | T | Buy (add'l) | 12/06/17 | K | | |
| 51. Vanguard Emerg. Mkts. Adm | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Intl. Value | C | Dividend | M | T | Sold (part) | 01/17/17 | K | B | |
| 53. Vanguard Int'l. Value | C | Dividend | M | T | Buy (add'l) | 12/06/17 | L | | |
| 54. Vanguard Sm FtSE Ex US ETF | B | Dividend | L | T | | | | | |
| 55. Equity (Sterling) Trust Co. IRA mm Phair RE (First Reg. Bank) | B | Distribution | K | T | | | | | |
| 56. END OF ASSETS IN 401(k) | | | | | | | | | |
| 57. IRA Am. Gen. (Western National) | B | Interest | K | T | | | | | |
| 58. Charles Schwab IRA See below | | | | | | | | | |
| 59. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 60. Marathon Petroleum | A | Dividend | K | T | | | | | |
| 61. Eli Lilly | A | Dividend | K | T | | | | | |
| 62. Alcoa Inc. | | None | J | T | | | | | |
| 63. Arconic Inc. | A | Dividend | J | T | | | | | |
| 64. Pimco Hi Yld Inst. | A | Interest | | | Sold | 06/13/17 | K | | |
| 65. Vanguard Emerg. Govt ETF | B | Interest | K | T | Sold (part) | 09/20/17 | K | C | |
| 66. Marathon (USX) Oil | A | Dividend | L | T | | | | | |
| 67. DFA 5 Yr. Global | A | Interest | K | T | Buy (add'l) | 01/13/17 | L | | |
| 68. DFA U.S. Micro Cap | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA Int. Val. | B | Dividend | L | T | | | | | |
| 70. DFA Int. Lg. Cap. Port. | B | Dividend | L | T | | | | | |
| 71. DFA Lg. Cap. Val. US | A | Dividend | K | T | | | | | |
| 72. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 73. DFA Int. Small Cap | A | Dividend | K | T | | | | | |
| 74. Vanguard Int. Growth Ad | A | Dividend | K | T | | | | | |
| 75. Vanguard Growth Index Adm | A | Dividend | L | T | | | | | |
| 76. Schwab Money Market - H | A | Interest | K | T | | | | | |
| 77. Home Depot | A | Dividend | K | T | | | | | |
| 78. Vanguard ST Infl. Prot | A | Interest | K | T | | | | | |
| 79. Vanguard Hi Yld Corp. | A | Interest | | | Buy | 06/13/17 | K | | |
| 80. Vanguard Hi Yld Corp. | A | Interest | | | Sold | 09/20/17 | K | A | |
| 81. Vanguard Infl. | A | Interest | K | T | | | | | |
| 82. Vanguard Short Term Bd Adm | C | Interest | M | T | | | | | |
| 83. Vanguard GNMA | A | Interest | | | Sold | 01/17/17 | K | A | |
| 84. DFA Emerging Core Eq | A | Dividend | K | T | | | | | |
| 85. Vanguard Ex. Mkt. Adm | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard ST Invest Adm | B | Interest | L | T | | | | | |
| 87. Vanguard Bond Mkt. Ind. | C | Interest | M | T | Buy | 09/20/17 | M | | |
| 88. DFA US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 89. AQR Sm M | A | Dividend | | | Sold | 09/20/17 | K | D | |
| 90. AQR M Large | A | Dividend | | | Sold | 09/20/17 | L | D | |
| 91. DFA US Large Cap. | B | Dividend | M | T | | | | | |
| 92. DFA US Small Cap. Value | A | Dividend | K | T | | | | | |
| 93. DFA Real Estate | A | Dividend | K | T | | | | | |
| 94. DFA Intl. REIT | A | Dividend | J | T | | | | | |
| 95. Pimco Low Duration | A | Interest | K | T | | | | | |
| 96. DFA Two Yr. Global | C | Interest | M | T | | | | | |
| 97. Stone Ridge Reinsurance | | None | M | T | Buy (add'l) | 09/20/17 | K | | |
| 98. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 99. Schwab Cal Muni Mut Fund | C | Interest | M | T | | | | | |
| 100. GCWF (A-E)Invest. Partners I | | None | J | T | | | | | |
| 101. GCWF (F-N)Invest Partners II | | None | K | T | | | | | |
| 102. DLA Piper Venture 2006 | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Onco Fluor, Inc. (Fluro Probe) (T) | | None | J | W | | | | | |
| 104.  Schwab BFT Assets (T) Listed Below | | | | | | | | | |
| 105.  Vanguard CA Inst Adm (T) | C | Interest | M | T | | | | | |
| 106.  Altria (T) | B | Dividend | K | T | | | | | |
| 107.  Kraft/Heinz (T) | A | Dividend | J | T | | | | | |
| 108.  Mondelez Int. (T) | A | Dividend | J | T | | | | | |
| 109.  Extreme Networks (T) | | None | J | T | | | | | |
| 110.  Halyard Health (T) | | None | J | T | | | | | |
| 111.  SPDR Dow Jones (DIA) Ind (T) | D | Dividend | N | T | Buy (add'l) | 02/28/17 | K | | |
| 112.  DFA US Micro Cap Port (T) | A | Dividend | K | T | | | | | |
| 113.  DFA Real Estate (T) | C | Dividend | L | T | | | | | |
| 114.  Mid Amer Apt. Cmntys (T) | B | Dividend | L | T | | | | | |
| 115.  DFA Intl. REIT (T) | A | Interest | K | T | Buy (add'l) | 01/17/17 | L | | |
| 116.  Vanguard Ind. ex US RE ETF (T) | B | Dividend | K | T | | | | | |
| 117.  Starbucks (T) | B | Dividend | L | T | | | | | |
| 118.  Pure Funds Cyber ETF (T) | | None | | | Sold | 01/03/17 | K | | |
| 119.  Cisco Systems (T) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Quality Systems, Inc. (T) | | None | J | T | | | | | |
| 121. Occidental Pet.(T) | B | Dividend | K | T | | | | | |
| 122. Claymore Guggenhein Strat. (T) | A | Int./Div. | K | T | Buy (add'l) | 06/02/17 | J | | |
| 123. Claymore Guggenhein Strat. (T) | A | Int./Div. | K | T | Buy (add'l) | 07/05/17 | J | | |
| 124. Claymore Guggenhein Strat. (T) | A | Int./Div. | K | T | Buy (add'l) | 08/02/17 | J | | |
| 125. Claymore Guggenhein Strat. (T) | A | Int./Div. | K | T | Buy (add'l) | 09/05/17 | J | | |
| 126. Claymore Guggenhein Strat. (T) | A | Int./Div. | K | T | Buy (add'l) | 10/04/17 | J | | |
| 127. Claymore Guggenhein Strat. (T) | A | Int./Div. | K | T | Buy (add'l) | 11/01/17 | J | | |
| 128. Claymore Guggenhein Strat. (T) | A | Int./Div. | K | T | Buy (add'l) | 12/01/17 | J | | |
| 129. Guggenhm Spinoff ETF (T) | A | Dividend | K | T | | | | | |
| 130. Pro Sh. S&P 500 ETF (T) | A | Dividend | K | T | | | | | |
| 131. Vanguard Intl. Growth FD Adm (T) | A | Dividend | L | T | Buy | 06/16/17 | J | | |
| 132. Vanguard Intl. Growth FD Inv. (T) | | None | | | Buy | 05/26/17 | J | | |
| 133. Vanguard Intl. Growth FD Inv. (T) | | None | | | Sold | 06/16/17 | J | | |
| 134. Powershares S&P 400 Div. Arist (T) | A | Dividend | K | T | Buy | 02/22/17 | K | | |
| 135. ISH Index/Core SP 500 (T) | B | Dividend | M | T | | | | | |
| 136. ISH Index FD TR Msci/EAFE (T) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ISH S&P Mid Cap 400 (T) | A | Dividend | M | T | Buy (add'l) | 02/28/17 | K | | |
| 138. ISH S&P Sm Cap 600 ETF (T) | A | Dividend | J | T | | | | | |
| 139. ISH Trust/ Core High Div ETF (T) | B | Dividend | L | T | | | | | |
| 140. ISH HY YLD Corp ETF F/K/A ISH Trust (T) | A | Interest | J | T | | | | | |
| 141. Allianz Div. Fund (T) | A | Dividend | K | T | | | | | |
| 142. RSB IRA/Schwab Rollover Morgan Stanley (ASSETS BELOW) | | | | | | | | | |
| 143. Mod. Growth (IRA)(TA) (IDEX) | E | Distribution | | | Sold | 01/17/17 | L | B | |
| 144. Morgan Stanley (Smith Barney) MM | A | Interest | | | Sold | 01/17/17 | J | D | |
| 145. Vanguard Hi Yield Ad. | A | Dividend | | | Buy | 01/19/17 | J | | |
| 146. Vanguard Hi Yield Ad. | A | Dividend | | | Sold | 09/21/17 | K | A | |
| 147. Vanguard ST Infl. Prot. | A | Dividend | J | T | Buy | 01/19/17 | J | | |
| 148. Vanguard Total Bond Mkt. | A | Interest | K | T | Buy | 09/21/17 | K | | |
| 149. DFA 2 yr. Glb. Fix Inc. | A | Interest | K | T | Buy | 01/18/17 | K | | |
| 150. Vanguard ST Bond Ind. | A | Interest | J | T | Buy | 01/23/17 | J | | |
| 151. END OF ASSETS IN RSB IRA | | | | | | | | | |
| 152. Vanguard Div. App. ETF | A | Dividend | K | T | Buy | 02/16/17 | K | | |
| 153. Power Shares High Yld. Eq. ETF (T) | | None | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Power Shares QQQ Trl ETF (T) | | None | N | T | | | | | |
| 155.  Kimberly Clark (T) | B | Dividend | K | T | | | | | |
| 156.  Vanguard Windsor II Adm (T) | A | Dividend | K | T | | | | | |
| 157.  Vanguard Windsor II Inv. (T) | B | Dividend | J | T | Buy | 04/01/15 | J | | |
| 158.  USE Credit Union SDCA Accts | A | Interest | J | T | | | | | |
| 159.  Vanguard CA MM(T) | C | Interest | O | T | | | | | |
| 160.  Coronado First Bank/Cal Private Bancorp (T) | | None | M | T | | | | | |
| 161.  Vanguard Life Strategy (T) | B | Dividend | L | T | | | | | |
| 162.  Schwab US Div Eq ETF (T) | A | Dividend | K | T | | | | | |
| 163.  Illumina (T) | | None | M | T | | | | | |
| 164.  Becton Dickinson (T) | A | Dividend | J | T | | | | | |
| 165.  SPDR Dow Jones S&P 500 ETF (T) | D | Dividend | N | T | | | | | |
| 166.  SPDR DOW Jones S&P Div ETF (T) | B | Dividend | N | T | Sold (part) | 03/31/17 | J | A | |
| 167.  SPDR S & P Div ETF | B | Dividend | N | T | Sold (part) | 04/05/17 | J | D | |
| 168.  SPDR Em Mkts Div ETF (T) | A | Dividend | K | T | | | | | |
| 169.  Philip Morris (T) | B | Dividend | L | T | | | | | |
| 170.  Raytheon (T) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Chase Accts./JP Morgan (T) | A | Interest | N | T | | | | | |
| 172.  CitiBank Accts (T) | A | Interest | N | T | | | | | |
| 173.  US Bank (T) (SD Nat'l Bank ) (T) | A | Interest | N | T | | | | | |
| 174.  Union Bank Acct (T) | | None | K | T | | | | | |
| 175.  Clorox (T) | B | Dividend | L | T | | | | | |
| 176.  Andersons (T) | B | Dividend | L | T | | | | | |
| 177.  Pepsico (T) | B | Dividend | K | T | | | | | |
| 178.  Coca Cola (T) | B | Dividend | L | T | | | | | |
| 179.  Cal. B & T Acct (T) | A | Interest | N | T | | | | | |
| 180.  Stoneridge LM LLC (T) | D | Distribution | L | T | | | | | |
| 181.  Enclave Lake Murray (T) | D | Distribution | L | T | | | | | |
| 182.  Overton (T) | | None | M | T | Buy | 11/30/17 | M | | |
| 183.  Artesia Escondido(T) | D | Distribution | M | T | | | | | |
| 184.  Whitson/Warwick (T) | | None | M | T | | | | | |
| 185.  Sterling Apts (T) | D | Distribution | L | T | | | | | |
| 186.  MMB Investments (T) | | None | K | T | | | | | |
| 187.  American Express (T) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Wal Mart (T) | B | Dividend | L | T | | | | | |
| 189. Vanguard FTSE Dev ETF (T) | B | Dividend | L | T | | | | | |
| 190. SPDR Emg Mkt Eq EFT (T) | A | Dividend | K | T | | | | | |
| 191. Cal. Resources Corp. (T) | | None | J | T | | | | | |
| 192. PV Opportunity Fund III (T) | D | Distribution | L | T | | | | | |
| 193. PV Opportunity Fund IV (T) | D | Interest | L | T | | | | | |
| 194. PV Opportunity Fund V (T) | | None | J | T | Buy | 05/08/17 | J | | |
| 195. American Properties/Vista Point (T) | D | Distribution | L | T | | | | | |
| 196. Barcelona 326 Juniper (T) | D | Distribution | L | T | | | | | |
| 197. Schwab Gurtin List of Assets Below (T) | | | | | | | | | |
| 198. Schwab CA Muni MM (T) | B | Interest | M | T | | | | | |
| 199. SD CA Redev 31 RDA (T) | B | Interest | | | Redeemed | 02/17/17 | M | | |
| 200. CA St. GO 39 (T) | B | Interest | K | T | Buy | 12/08/17 | K | | |
| 201. CA St GO 38 (T) | D | Interest | M | T | Buy | 06/21/17 | L | | |
| 202. LA CA W/P 35 U (T) | A | Interest | | | Redeemed | 07/01/17 | L | | |
| 203. Wash CA COP Rev 8/01/37 (T) | B | Interest | | | Redeemed | 08/01/17 | K | | |
| 204. LA Dept W/P 38 (T) | B | Interest | | | Redeemed | 07/01/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. SF CA CY/CN 27 (T) | D | Interest | M | T | | | | | |
| 206. Modesto CA IRR 37 U (T) | B | Interest | L | T | | | | | |
| 207. Chicago IL PK Dist 30 (T) | B | Interest | L | T | | | | | |
| 208. Chicago IL PK Dist 28 (T) | B | Interest | L | T | | | | | |
| 209. Chicago IL PK Dist 29 (T) | B | Interest | K | T | | | | | |
| 210. Chicago IL PK 16 1-1-26 (T) | B | Interest | L | T | | | | | |
| 211. Fresno CA 41 SCH (T) | | None | L | T | | | | | |
| 212. LA GO Sch 7-01-23 (T) | B | Interest | | | Redeemed | 07/01/17 | M | | |
| 213. NY St Twy Rev 1-1-28 (T) | C | Interest | M | T | | | | | |
| 214. Charlotte NC Rev 1-15-31 (T) | B | Interest | | | Redeemed | 01/15/17 | M | | |
| 215. Sacramento CA Rev 12-1-36 (T) | C | Interest | M | T | | | | | |
| 216. San Jose CA Rev 18 (T) | A | Interest | K | T | Buy | 05/31/17 | K | | |
| 217. San Mariono CA Rev 35 (T) | C | Interest | M | T | Buy | 02/23/17 | M | | |
| 218. Soledad CA GO 35 (T) | B | Interest | L | T | Buy | 08/11/17 | K | | |
| 219. WA St Health Care Rev 31 (T) | D | Interest | M | T | Buy | 10/26/17 | L | | |
| 220. LA CA Rev 40 (T) | D | Interest | M | T | Buy | 12/27/17 | M | | |
| 221. CA State GO 8-1-27 (T) | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Swestern Cmty C GO 8-1-30 (T) | | None | L | T | | | | | |
| 223. Richland SC Rev 3-1-37 (T) | C | Interest | | | Redeemed | 07/01/17 | L | | |
| 224. END OF GURTIN | | | | | | | | | |
| 225. BK OK IRA/Schwab Rollover Assets Below | | | | | | | | | |
| 226. Schwab Bank MM | A | Interest | J | T | | | | | |
| 227. Schwab Bank MM | E | Distribution | J | T | | | | | |
| 228. Schwab US Div Eq ETF | A | Int./Div. | | | Sold | 03/31/17 | J | | |
| 229. DFA Real Estate | C | Interest | K | T | | | | | |
| 230. SPDR 500 ETF | A | Dividend | J | T | Sold (part) | 11/30/17 | J | A | |
| 231. SPDR DJIA ETF | A | Dividend | L | T | Sold (part) | 08/02/17 | J | A | |
| 232. SPDR DJIA ETF | A | Dividend | L | T | Sold (part) | 10/11/17 | J | A | |
| 233. SPDR S&P Div ETF | A | Dividend | | | Sold | 03/31/17 | J | A | |
| 234. Schwab Hi Yld | A | Interest | J | T | | | | | |
| 235. DFA US Large Co. Port | A | Dividend | K | T | Buy | 03/31/17 | J | | |
| 236. DFA US Sm Cap Port. | B | Dividend | K | T | Buy | 03/31/17 | K | | |
| 237. Vanguard ST Bond Index Fund | A | Interest | L | T | Buy | 03/31/17 | L | | |
| 238. Vanguard ST Inv. Gr. Fund | A | Interest | L | T | Buy | 03/31/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Vanguard Total Intl. Stock Ind. | A | Dividend | K | T | Buy | 03/31/17 | K | | |
| 240. DFA US Sm Cap Val Port Inst. | B | Dividend | K | T | Buy | 03/31/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 10/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines122. In my 2017 report, I listed ISH Index SP 500 and ISH Core SP 500 on lines 121 and 122 , but I believe these are the same fund.
Lines 142 and 143. In my 2017 report, I combined Windsor II funds, but there are separate funds for Windsor II Adm and Windsor II Inv.
Lines 164, 165,167 and 169. Distributions listed are return of capital.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARILYN L. HUFF**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544